UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LEAH WHITE**,

    **Plaintiff**,

v.                                                  Case No. 3:25cv46-TKW-ZCB

**PAYPAL HOLDINGS, INC.** and
**HONEY**,

    **Defendants**.
_____/

## ORDER TRANSFERRING CASE

Upon due consideration of the parties' joint stipulation to transfer venue (Doc. 8), the Court finds that this case could have been filed in the Northern District of California and that it is in the interest of justice to transfer the case there. Accordingly, it is

**ORDERED** that:

1. The joint stipulation is treated as a motion to transfer and is **GRANTED**.

2. This case is transferred to the United States District Court for the Northern District of California, San Jose Division, under 28 U.S.C. §1404(a).

3. The Clerk shall effectuate the transfer and close the file in this Court.

**DONE and ORDERED** this 19th day of March, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

2